**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JAIMIE DESANTO, | Case No. 1:26-cv-03493 |
| Plaintiff, | |
| v. | Honorable Andrea R. Wood |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Lowe's Home Centers, LLC. ("Defendant" or "Lowes"), by its counsel, respectfully moves by agreement for a 14-day extension of time, up to and including June 9, 2026, to answer or otherwise respond to Plaintiff Jaimie DeSanto's Complaint. In support of this agreed motion, Lowes states:

1.      On March 30, 2026, Plaintiff filed the underlying Complaint alleging that she was discriminated against, harassed, denied a reasonable accommodation, and retaliated against in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §12101 *et seq*.

2.      On April 2, 2026, a copy of the Complaint was served on Defendant.

4.      Defendant's response to the Complaint is currently due May 26, 2026.

5.      Defendant is investigating the underlying claims, and the parties have been actively discussing potential resolution of this matter. Defendant needs additional time to investigate Plaintiff's claims, and the parties need additional time to finalize discussions regarding potential resolution. Therefore, Defendant seeks an extension of time, up to and including June 9, 2026, to answer or otherwise respond to the Complaint.

326101597v.1

2

6. Defendant's counsel contacted Plaintiff's counsel regarding this request for an extension of time and Plaintiff agreed.

7. This request is made in good faith and not for the purpose of causing undue delay, and no party will be prejudiced by the extension.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court enter an order granting Defendant an extension of time, up to and including June 9, 2026, to answer or otherwise respond to the Complaint.

DATED: May 22, 2026         Respectfully submitted,

             By: *s/ Jason M. Torres*
               One of Its Attorneys

Jason M. Torres
jtorres@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 22, 2026, I served the foregoing DEFENDANT LOWE'S

HOME CENTERS, LLC AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO

PLAINTIFF'S COMPLAINT upon all counsel of record by filing same with this Court's

electronic filing system.


*/s/ Jason M. Torres*
Jason M. Torres
*Counsel for Defendant*
*Lowe's Home Centers, LLC*

3

326101597v.1